UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   CR-11-067-RHW-2
              Plaintiff,         )
                                 )   ORDER GRANTING DEFENDANT'S
v.                               )   UNOPPOSED MOTION TO MODIFY
                                 )   ORDER SETTING CONDITIONS OF
PATRICK DAVID BOZARTH,           )   RELEASE
                                 )
              Defendant.         )
_____)

     As agreed upon by the parties, IT IS ORDERED that;

     The Defendant's Motion to Modify Release Conditions (ECF 40)is
hereby **GRANTED**. The Defendant shall be removed from electronic
monitoring and home detention, and shall be placed on a curfew of
9:00 p.m. to 6:00 a.m.

     All other conditions of release entered on April 21, 2011 shall
remain in full effect.

     DATED June 8, 2011.

                      S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER – 1