UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>PATRICK DAVID BOZARTH,<br><br>           Defendant. | CR-11-067-RHW-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE |

As agreed by the parties, IT IS ORDERED that:

The Defendant's Motion to Modify Conditions of Release (ECF No. 55) is hereby **GRANTED**. The Defendant shall be allowed to travel to Idaho for employment purposes. All other conditions of release previously entered shall remain in full effect.

DATED August 5, 2011.

                              S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER - 1