UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-11-067-RHW-2 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY ORDER SETTING CONDITIONS OF RELEASE |
| PATRICK DAVID BOZARTH, | |
| Defendant. | |

**IT IS ORDERED** that Defendant's unopposed Motion to Modify Release Conditions **(ECF No. 58)** is **GRANTED.** The Defendant shall be allowed to travel to Newport, Washington, from **September 2 to September 5, 2011.**

All other conditions of release previously entered shall remain in full effect.

DATED August 24, 2011.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
TEMPORARILY MODIFY ORDER SETTING CONDITIONS OF RELEASE - 1